Gerrit M. Pronske
Texas Bar No. 16351640
Rakhee V. Patel
Texas Bar No. 00797213
Yewande A. Akinwolemiwa
Texas Bar No. 24056633
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: yakinwolemiwa@pronskepatel.com

**COUNSEL FOR APPLE DRUGS, PLLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RENAISSANCE HOSPITAL - GRAND | § | Chapter 7 |
| PRAIRIE, INC., d/b/a/ RENAISSANCE | § | |
| HOSPITAL – GRAND PRAIRIE, *et al*., | § | Case No. 08-43775-DML |
| | § | |
| DEBTORS, | § | (Jointly Administered) |
| _____ | § | |
| JOHN DEE SPICER, | § | |
| CHAPTER 7 TRUSTEE, | § | |
| | § | |
| PLAINTIFF, | § | |
| vs. | § | Adversary No. 10-04155-DML |
| | § | |
| APPLE DRUGS PLLC, | § | |
| | § | |
| DEFENDANT. | § | |
| _____ | § | |

**<u>DEFENDANT APPLE DRUGS, PLLC'S NOTICE OF INITIAL DISCLOSURES</u>**

Defendant, Apple Drugs, PLLC ("Apple Drugs"), pursuant to the Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order (the "Scheduling Order") entered by the Court on or about September 20, 2010 in the above-styled and numbered

adversary proceeding, files this Notice of Initial Disclosures noticing that on November 19, 2010, Apple Drugs served its Initial Disclosures upon counsel for Plaintiff John Dee Spicer Chapter 7 Trustee pursuant to Federal Rule of Bankruptcy Procedure 7026(a)(1).

Dated: November 19, 2010.                                Respectfully submitted,

*/s/ Yewande A. Akinwolemiwa*
Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Yewande A. Akinwolemiwa
State Bar No. 24056633
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: yakinwolemiwa@pronskepatel.com

**COUNSEL FOR APPLE DRUGS, PLLC**

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was served upon counsel listed below via email and first class mail, postage prepaid and upon parties registered to receive notice via the Court's electronic transmission facilities in this case on this 19th day of November, 2010.

Lyndel Anne Mason
Cavazos, Hendricks, Poirot and Smitham, P.C.
900 Jackson Street, Suite 570
Dallas Texas 75202
lmason@chfirm.com

**Counsel for John Dee Spicer,
Chapter 7 Trustee**

                                              */s/ Yewande A. Akinwolemiwa*
                                              Yewande A. Akinwolemiwa